```
Date:  7/22/16              GRANT COUNTY SHERIFF'S OFFICE              Page:        2
Time:  10:02:25                    Offense Report                      Program: CMS301L
```

                                                        2-16-000450  (Continued)
PANT . . . . . : BLACK CARGO PANTS        SHOE . . . . : BLACK BOOTS

************* W I T N E S S     I N F O R M A T I O N -  # 1 *****************
Case Number  . : 2-16-000450              Name . . . . . : BASCOM, NIKKI
Address  . . . : 3897 N SILVER ST
City/State/Zip : SILVER CITY, NM 88061
HOME . . . . . : 575/654-4809             WORK . . . . . : 575/388-1511
Birth Date/Age : 6/17/1984  31            Soc Sec Number : 585738228
Occupation . . : NURSE                    Adult/Juvenile : ADULT
Status . . . . : OTHER                    Race . . . . . : WHITE
Sex  . . . . . : FEMALE

************************* N A R R A T I V E    # 2 **************************
      Call#: 161120099       Beat: DISTRICT 1 SECTOR A
      Units.: 22     Employees: 0000002202 VILLEGAS, JACOB
      Units.: 9      Employees: 0000000005 GOMEZ, LOUIS
      *** CAD Call Narrative ***
      PRO WANTS TO MAKE A REPORT THAT A SILVER CITY OFFICER
      JUST THREATENED HIM

************************* N A R R A T I V E    # 3 **************************
ORIGINAL REPORT            Entered By.: VILLEGAS, JACOB                 4/22/16

      On April 21, 2016 at approximately 1143 hours, I Deputy Villegas
was dispatched to 26 Cold Springs Ranch Rd, in reference to an agency
assist. Prior to my arrival I made contact with Sgt. Arredondo and
Capt. Villalobos from the Silver Police Department at the intersection
of Little Walnut and Langstroth.  I was informed by Sgt. Arredondo
that they were going to conduct a welfare check, but the address was
located in the county, in which he was requesting a Deputy be present.

      Upon arrival contact was made with Darrick Nelson.  Darrick had
stated that he had just been assaulted by Mark Contreras.
Sgt. Arredondo informed me of the incident that took place, and
they where just making sure Dr. Nelson was ok. I immediately contacted
my shift supervisor Sgt. Gomez and informed him of the incident.
Sgt. Gomez informed me that he was en route to my location.

      Sgt Arredondo, and Capt Villalobos left the area prior to
Sgt. Gomez's arrival. ==I stayed with Mr. Nelson, and informed him
that I will wait for his statement, until Sgt Gomez arrives so he
does not have to repeat himself.==

      Shortly after Sgt Gomez arrives on scene. Dr. Nelson stated the
following:
"I just had one of the Silver City Police Officers come, and sort of
threaten me. It was more threating in that he had done it before; in
town. I didn't report it then, but it is something that I felt that
I was in danger."

Sgt Gomez: "Who was the Officer?"

```
Date:  7/22/16              GRANT COUNTY SHERIFF'S OFFICE              Page:         4
Time: 10:02:25                     Offense Report                      Program: CMS301L
```

2-16-000450  (Continued)

When he had opened the door to speak with Mark, he had his pistol in his left hand and phone in the right hand. Dr. Nelson was able to record the converstation. In the recording, I was able to hear Mark tell Dr. Nelson to "pull the gun out, and see what happens." Dr. Nelson continued to ask him to leave, and informed him that he has the right to protect himself and his property. Mark replied by saying "I have the right to protect my family, this isn't over." Dr. Nelson placed the pistol on the table, but still felt he was in threat. All he could see was the uniform and sidearm. Marc left shortly after.

Dr. Nelson was able to locate the reciepts when the first incident took place. According to Dr. Nelson the date was 25 March 2016, at approximately 1612 hours at Walmart, and Walgreens at 1627 hours. Nikki later informed him that Mark had called her and informed her that he was at Walgreens waiting for him to come out. Nikki happened to be at the Verizon Store and was waiting in the parking lot. Nikki showed up to Walgreens and got between Dr. Nelson and Mark. Nikki later informed Chief Rynolds from Silver City Police Department.

Sgt Gomez: "When Mark showed up at your door what was his demeanor?"

Dr. Nelson: "He was pretty aggresive, I felt threatened."

After listening to the recording, I recorded it on my lapel camera. I also took photographs of the door where the incident took place. Photographs were also taken of the reciepts. Sgt Gomez informed Dr. Nelson of his options and explained what a Criminal Trespass warning was and provided information in reference to a Domestic Violence Order, set by the District Judge. Dr. Nelson was also informed that this case will go to the DA's office for review, to see if charges will be approved.

Dr. Nelson did request that a CTW be issued to Mark Contretas. Sgt. Gomez advised him that if Mark does come back for any reason contact 911. Sgt. Gomez and I left the scene.

Sgt. Gomez and I attempted to locate Mark in reference to issuing an indefinate CTW for 26 W. Cold Springs Ranch Rd. We were informed that Mark resides somewhere off of 40th St and Swan St. While attempting to search for his residence, Central Dispatch advised that Nikki Bascom was requesting that deputies be on scene when she arrives to their residence, because Marc has been following her.

Sgt Gomez and I located the residence on the corner of Silver St. and 40th St.  We waited for Nikki to arrive.  Nikki was operating a white Toyota SUV. Mark was following her in a maroon Ford pickup. We made contact with Mark and informed him of the CTW. Mark seemed to be very upset, and stated he understood. Mark did state the following:
* This morning Nikki said she was going to Mimbres, and make sure he had his phone on, so if the kids call they can contact him.
* He recieves a call from his daughter asking for money.
* When he went to the ATM he noticed his(Dr. Nelson) vehicle leave,

**2**

Case 2:17-cv-01143-WJ-GBW   Document 49-1   Filed 06/14/18   Page 3 of 4

```
7/22/16                              SunGard CAD                          PAGE     1
9:54:52                           CAD CALL INFORMATION                    161120146

   Call Number: 161120146        Call Type.: 169 Req Public Service      Police
   Entry Day/Tm: 4/21/16 15:31:21           169 Req Public Service       Police

   CmnN: DARRICK NELSON 361-688-4436    Agency.........: 003 GRANT COUNTY SHER
   Location...:                                                  Apt:
    City......:                   Block#:           Loc ID: C Mapr:
   Intersectn.:

   Caller Name: L: NELSON                         F: DARRICK              M:
    Address...:     26    COLD SPRINGS RANCH            RD      Apt:
    City/State: SILVER CITY       NM Phone#: 361-688-4436        Source: PS

   Call Taker.:      2495 FLORES          CORINA            QPADEV0008
   Dispatcher.:      2495 FLORES          CORINA            QPADEV0008

                              N A R R A T I V E

   REQ DEPUTY CALL HIM REF MARK CONTRERAS WHO WAS ISSUED A      15:31:44
   CRIMINAL TRESPASS WARNING WAS JUST BY HIS RESIDENCE          15:31:57

   SGT. YOST- I SPOKE TO THE PRO WHO SAW MARK CONTRERAS IN      15:36:55
   HIS PERSONAL TRUCK DRIVING UP COLD SPRINGS RANCH ROAD.       15:36:55
   MARK DID NOT GO ONTO HIS PROPERTY BUT WAS JUST DRIVING UP    15:36:55
   THE ROAD.  I ADVISED HIM THAT I WOULD HAVE AN OFFICER DO A   15:36:55
   FREQUENT PATROL IN THE AREA BUT THAT WE COULD NOT CHARGE     15:36:55
   MARK FOR CRIMINAL TRESPASS BECAUSE HE DID NOT GO ONTO THE    15:36:55
   PROPERTY.                                                    15:36:55


 8                     Unit Status History Information

   4/21/16 15:31:23    4 Dispatched            D       2316 YOST,MIC
   4/21/16 15:31:23   11 Assigned as Primary   PR
   4/21/16 15:50:46   20 Available             AV














                          D I S P O S I T I O N S

   1  011  NR - No Report                Case#  2 - 00-000000 Unit: 8
```

**3**

```
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 7/22/16                           SunGard CAD                        PAGE    1
 9:54:21                       CAD CALL INFORMATION                   161120154
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

   Call Number: 161120154   SI  Call Type.: 058 Vacation/Frequent Patrol Police
   Entry Day/Tm:  4/21/16 15:54:32          058 Vacation/Frequent Patrol Police

   CmnN:                                    Agency........: 003 GRANT COUNTY SHER
   Location...: 1      COLD SPRINGS RANCH              RD   Apt: INTERSECTN
    City......: SILVER CITY       Block#:       1  Loc ID: I Mapr: 1B
   Intersectn.: LANGSTROTH                   COLD SPRINGS RANCH

   Caller Name: L:                                  F:                  M:
    Address...:                                                       Apt:
    City/State:                   Phone#:                        Source: SI

   Call Taker.:     2495 FLORES          CORINA           QPADEV000G
   Dispatcher.:     2495 FLORES          CORINA           QPADEV000G

                               N A R R A T I V E

        PATROLED THE AREA OF COLD SPRINGS RANCH AND WHILE            16:05:14
        PATROLING THE AREA I WAS STOPPED BY MS HILL.                 16:05:14
        MS HILL WAS ASKING WHAT I WAS DOING BECAUSE IT'S NOT         16:05:14
        COMMON FOR A DEPUTY TO BE IN THE AREA. I ADVISED HER THAT I  16:05:14
        WAS FAMMILURIZING MYSELF WITH THE AREA. SHE DID ADVISE       16:05:14
        OF A RUST COLORED NEWER FORD PICK-UP DRIVING UP AND DOWN     16:05:14
        THE ROAD FAST AND SHE IS NOT FAMILURE WITH THE TRUCK.        16:05:14
        SHE ADVISED THAT SHE KNOWS HER NEIGHBORS AND IT WAS          16:05:14
        NOT ONE OF THEM I ADVISED HER THAT I WOUL PATROL             16:05:14
        THE AREA THROUGH OUT THE EVENING                             16:05:14


 53                      Unit Status History Information

    4/21/16 15:54:32      4 Dispatched           D          2343 ARELLANO,ADA
    4/21/16 15:54:32      6 At Scene             97
    4/21/16 15:54:32     11 Assigned as Primary  PR
    4/21/16 15:54:37     20 Available            AV
```