UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARRI DALTON as the Personal Representative of the
Estate of NIKKI BASCOM, deceased, and Next Friend to
M.B., a minor child, and A.C., a minor child,

    Plaintiffs,

v.                                                                        Civ. No. 17-1143 WJ/GJF

TOWN OF SILVER CITY, ex rel. SILVER CITY
POLICE DEPARTMENT, et al.,

    Defendants.

## ORDER OF RECUSAL

On November 18, 2019, the undersigned received a letter from the Chair of the U.S. District Court's Magistrate Judge Merit Selection Panel advising that the Panel has initiated my mid-term "Interim Performance Assessment." I understand that this assessment will culminate in an in-person interview with the Panel sometime in January 2020.

Pursuant to an Advisory Opinion from the Codes of Conduct for United States Judges, and consistent with historical practice in this District, I am required to recuse from any participation in any case in which any current member of the Panel is counsel of record. This includes any pending case as well as any case filed between now and the completion of my assessment.

Because a current member of the Panel is among the counsel of record in this case, I hereby **RECUSE** from any further participation. The Clerk of the Court is directed to assign forthwith a new referral magistrate judge.

    **SO ORDERED.**

                                                                          THE HONORABLE GREGORY J. FOURATT
                                                                          UNITED STATES MAGISTRATE JUDGE