# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**KARRI DALTON as the Personal Representative of the
Estate of NIKKI BASCOM, et al.,**

                      **Plaintiffs,**

v.                                   **Case No. 17-cv-1143 WJ-GBW**

**TOWN OF SILVER CITY, ex rel., et al.,**

                        **Defendants.**

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WAIVE 14-DAY DEADLINE TO OBJECT TO JUDGE RITTER'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION [DOC. 162]

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Waive 14-Day Deadline to Object to Doc. 162 [Doc. 163]. Having considered the Motion and finding that it has merit, the Court finds that it should be granted.

IT IS, THEREFORE, HEREBY ORDERED that the parties have waived the 14-day deadline to object to Judge Ritter's Findings and Recommended Disposition [Doc. 162].

                                                    _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

**KENNEDY KENNEDY & IVES, PC**

*/s/ Laura Schauer Ives*
Laura Schauer Ives
Joseph P. Kennedy
Adam C. Flores
1000 2nd Street NW
Albuquerque, NM 87102
Telephone: (505) 244-1400 / Fax (505) 244-1406
lsi@civilrightslaw.com
jpk@civilrightslaw.com
acf@civilrightslaw.com

*Attorneys for Plaintiffs*

Approved by:

**LAW OFFICE OF JONLYN M. MARTINEZ, LLC**

*Approved via electronic mail 03-09-2020*
Jonlyn M. Martinez
P.O. Box 1805
Albuquerque, NM 87103
Telephone: (505) 247-9488
jonlyn@jmartinezlaw.net

*Attorney for Grant County Defendants*

**YOUTZ AND VALDEZ**

*Approved via electronic mail 03-10-2020*
Gabrielle M. Valdez
900 Gold Ave. S.W.
Albuquerque, NM 87102
Telephone: (505) 244-1200
gabrielle@youtzvaldez.com

*Guardian ad Litem*

**JARMIE & ASSOCIATES**

*Approved via electronic mail 03-09-2020*
Mark Jarmie
Cody Rogers
P.O. Box 344
Las Cruces, N.M. 88004
Telephone: (575) 526-3338 / Fax: (575) 526-6791
crogers@jarmielaw.com

*Attorney for Silver City Defendants*

**MILLER STRATVERT P.A.**


*Approved via electronic mail 03-10-2020*
Lawrence W. White
3800 E. Lohman Ave., Suite H
Las Cruces, New Mexico 8801 I
Telephone: (575) 523-2481
lrwhite@mstlaw.com

*Attorney for Estate of Marcello Contreras*