UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

July 21, 2021

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

**RE:**     **19-2047, Dalton v. Town of Silver City, et al**
           Dist/Ag docket: 2:17-CV-01143-WJ-GJF

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 28, 2021 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Adam C. Flores
        Laura Louise Schauer Ives
        Jonlyn M. Martinez
        Cody R. Rogers
        Luke Salganek
        Mark D. Standridge
        Lawrence R. White

CMW/at