# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**KARRI DALTON as the Personal Representative of the**
**Estate of NIKKI BASCOM, deceased, and Next Friend to**
**M.B., a minor child, and A.C., a minor child,**

    **Plaintiffs,**

v.    Case No. 17-cv-1143 WJ-GBW

**TOWN OF SILVER CITY, ex rel.**
**SILVER CITY POLICE DEPARTMENT,**
**SILVER CITY POLICE CHIEF ED REYNOLDS,**
**CAPTAIN RICKY VILLALOBOS, and**
**THE ESTATE OF MARCELLO CONTRERAS,**

    **Defendants.**

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION

COMES NOW Plaintiff, by and through counsel of record, Ives & Flores, PA (Laura Schauer Ives and Adam C. Flores) and The Kennedy Law Firm (Joseph P. Kennedy), and respectfully moves this Court to amend the caption to remove Karri Dalton as Next Friend to M.B. and to identify M.B. by his full name of Matthew Bascom as a Plaintiff in this case.

As grounds for this motion, Plaintiff states the following:

1. Nikki Bascom was killed by Silver City Police Department Captain Marcello Contreras on April 21, 2016.

2. Karri Dalton was appointed the Personal Representative of the Estate of Nikki Bascom on May 26, 2016.

3. The Complaint in this case was originally filed in the Sixth Judicial District Court on October 21, 2016, naming Karri Dalton as the Plaintiff as the Personal Representative of the Estate of Nikki Bascom, deceased, and as Next Friend to M.B., a minor child, and A.C. a minor child. The case was removed to Federal Court by the Defendants.

4. At the time of the filing of the complaint, Matthew Bascom was 14 years old.

5. In 2020, Matthew Bascom reached the age of maturity and turned 18 years of age.

6. The parties have reached a settlement agreement in this case.

7. Matthew Bascom wishes to proceed as a named Plaintiff for the settlement of this case.

8. Counsel for Defendants have been contacted and do not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court amend the Caption to remove Karri Dalton as Next Friend to M.B. and substitute Matthew Bascom as Plaintiff and requests the caption read as follows:

**KARRI DALTON as the Personal Representative of the Estate of NIKKI BASCOM, deceased, and Next Friend to A.C., a minor child, and Matthew Bascom,**

**Plaintiffs,**

v.   Case No. 17-cv-1143 WJ-GBW

**TOWN OF SILVER CITY, ex rel. SILVER CITY POLICE DEPARTMENT, SILVER CITY POLICE CHIEF ED REYNOLDS, CAPTAIN RICKY VILLALOBOS, and THE ESTATE OF MARCELLO CONTRERAS,**

**Defendants.**

Respectfully submitted,

**IVES & FLORES, PA**

*/s/ Laura Schauer Ives*
Laura Schauer Ives
Adam C. Flores
*Attorneys for Plaintiffs*
925 Luna Cir. NW Suite 4
Albuquerque, NM 87102
laura@nmcivilrights.com
adam@nmcivilrights.com

**THE KENNEDY LAW FIRM**

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
1000 2nd Street NW
Albuquerque, New Mexico 87102
(505) 244-1400 / F: (505) 244-1406
jpk@civilrightslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record on the day of its filing via the CM/ECF system.

*/s/ Laura Schauer Ives*
Laura Schauer Ives